UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08 CR 50034 |
| ) | |
| v. ) | Violation: Title 8, United States Code, |
| ) | Sections 1326(a) and (b)(2); and Title 6, |
| ALVARO AVILA ) | United States Code, Section 202(4) |

The FEBRUARY 2008 GRAND JURY charges:

On or about October 10, 2007, at Sycamore, Illinois, in the Northern District of Illinois, Western Division,

ALVARO AVILA,

defendant herein, an alien who previously had been deported and removed from the United States on or about December 8, 2006 and April 22, 2006, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED

JUL 15 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

No.: 08 CR 50034

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

ALVARO AVILA

INDICTMENT

Violation(s): Title 8, United States Code, Sections 1326(a) and (b)(2)
Title 6, United States Code, Section 202(4)



A true bill.

Foreman

Filed in open court this ___ day of _____ A.D. 20__

Clerk

Bail: $



FILED
JUL 15 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court