# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50034 - 1 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. ALVARO AVILA | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings set for July 16, 2008 at 11:00 am.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|