AO 442 (Rev.5/93 WP) Warrant for Arrest        AUSA Monica V. Mallory (815) 987-4457

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

**FILED**
JUL 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ALVARO AVILA

**WARRANT FOR ARREST**

CASE NUMBER: 8 CR 50034

To:   The United States Marshal
      and Any Authorized Officer

YOU ARE HEREBY COMMANDED to arrest ALVARO AVILA, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer an

☒ Indictment   ☐ Information   ☐ Complaint

charging him with (brief description of offense):

ILLEGAL REENTRY INTO THE UNITED STATES BY A DEPORTED ALIEN

in violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

R. MICHAEL MAHONEY
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Bail fixed at $ _____ by

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

July 15, 2008; Rockford, Illinois
Date and Location

P. MICHAEL MAHONEY
Name of Judicial Officer