## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50034 - 1 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. ALVARO AVILA | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to arrest. Haneef Omar appointed as counsel for defendant.  Defendant enters plea of not guilty to indictment. 16.1 conference to be held by and financial affidavit due by July 23, 2008. Defendant's oral motion for time to August 20, 2008  to file pretrial motions is granted. USA's oral motion for the time of July 16, 2008  to and including August 20, 2008  to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for August 20, 2008 at 11:15 am. USA moves for detention. Detention hearing set for July 21, 2008 at 11:00 am. Enter order of temporary detention.

.Docketing to mail notice.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|