## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50034 - 1 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. ALVARO AVILA | | |

**DOCKET ENTRY TEXT:**

Detention hearing held. Enter order of detention pending trial.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50034    Document 8    Filed 07/21/2008    Page 1 of 1

08CR50034 - 1 USA vs. ALVARO AVILA                                    Page 1 of 1