# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA-23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: United States vs. Avila
FOR: Northern District of Illinois
AT: Western Division

LOCATION NUMBER: ___

PERSON REPRESENTED (Show your full name): 

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: ___
District Court: 08CR50034
Court of Appeals: ___

CHARGE/OFFENSE (describe if applicable & check box →)
☐ Felony
☐ Misdemeanor

**FILED**
AUG 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___ THE SOURCES: Some $ from parents

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☑ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: ___
Creditors: ___
Total Debt $ ___
Monthly Payt. $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/7/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature] Alvaro Avila