UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 08 CR 50034-01 |
| v. | ) |
| | ) Judge Frederick J. Kapala |
| ALVARO AVILA | ) |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully Submitted,
PATRICK J. FITZGERALD

United States Attorney

By:  s/ Michael D. Love
MICHAEL D. LOVE
Assistant United States Attorney
308 W. State Street, Suite 300
Rockford, Illinois  61101
(815) 987-4444

**CERTIFICATE OF FILING AND SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on August 21, 2008, the following document:

    ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any.

          s/ Michael D. Love
      MICHAEL D. LOVE
      Assistant United States Attorney
      308 West State Street - Suite 300
      Rockford, Illinois  61101
      (815) 987-4444